**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

**CHANI WIGGINS** :

**Plaintiff,** :

**v.** :

**Case No. 1:17-cv-01492-TSE-IDD**

**ARC INTERNATIONAL NORTH AMERICA, LLC, et al.** :

:

**Defendants.** :

**STIPULATION OF DISMISSAL**

The parties, by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate and agree to a dismissal with prejudice of all claims asserted in this action. Parties to bear their own costs.

Respectfully submitted,

McKENRY DANCIGERS DAWSON PC

By: */s/ Scott C. Hartin*

Scott C. Hartin VSB #80450
schartin@va-law.org
192 Ballard Court, Suite 400
Virginia Beach, VA 23462
PH: (757) 461-2500
FX: (757) 461-2341
*Counsel for Defendants Arc International North America, LLC, Durand Glass Manufacturing Co., Inc., Durand Manufacturing Co., LLC, and Euromarket Designs, Inc. d/b/a Crate & Barrel*

REGAN ZAMBRI & LONG, PLLC

By: */s/ Patrick M. Regan*

Patrick M. Regan VSB #336107
pregan@reganfirm.com
Amy S. Griggs VSB #65515
agriggs@reganfirm.com
1919 M Street, N.W., Suite 350
Washington, DC 20036
PH: (202) 463-3030
Fx: (202) 463-0667
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of June, 2018, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Scott C. Hartin, Esquire
McKenry Dancigers Dawson PC
192 Ballard Court, Suite 400
Virginia Beach, VA 23462-6538
Ph: (757) 461-2500
Fx: (757) 461-2341
schartin@va-law.org
*Counsel for Defendants*

Respectfully submitted,

REGAN ZAMBRI LONG, PLLC

By: */s/Patrick M. Regan*

Patrick M. Regan VSB #19743
pregan@reganfirm.com
Amy S. Griggs VSB #65515
agriggs@reganfirm.com
1919 M Street, N.W., Suite 350
Washington, D.C. 20036
PH: (202) 463-3030
FX: (202) 463-0667
*Counsel for Plaintiff*