**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | | |
|---|---|---|
| **CHANI WIGGINS** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Case No. 1:17-cv-01492-TSE-IDD** |
| **ARC INTERNATIONAL NORTH AMERICA, LLC, et al.** | : | |
| **Defendants.** | : | |

# STIPULATION OF DISMISSAL

The parties, by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate and agree to a dismissal with prejudice of all claims asserted in this action. Parties to bear their own costs.

Respectfully submitted,

MCKENRY DANCIGERS DAWSON PC

By: /s/ Scott C. Hartin
Scott C. Hartin VSB #80450
schartin@va-law.org
192 Ballard Court, Suite 400
Virginia Beach, VA 23462
PH: (757) 461-2500
FX: (757) 461-2341
*Counsel for Defendants Arc International North America, LLC, Durand Glass Manufacturing Co., Inc., Durand Manufacturing Co., LLC, and Euromarket Designs, Inc. d/b/a Crate & Barrel*

REGAN ZAMBRI & LONG, PLLC

By: /s/ Patrick M. Regan
Patrick M. Regan VSB #336107
pregan@reganfirm.com
Amy S. Griggs VSB #65515
agriggs@reganfirm.com
1919 M Street, N.W., Suite 350
Washington, DC 20036
PH: (202) 463-3030
Fx: (202) 463-0667
*Counsel for Plaintiff*

So Ordered

/s/ 6/28/18

T. S. Ellis, III
United States District Judge